**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6265**

_____

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

  v.

JUAN JOSE BENTON,

   Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:18-cr-00239-MOC-DCK-1)

_____

Submitted:  August 27, 2024      Decided:  August 30, 2024

_____

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Juan Jose Benton, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Jose Benton appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Benton*, No. 3:18-cr-00239-MOC-DCK-1 (W.D.N.C. Feb. 21, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*